## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

TED M. CARTWRIGHT                                                                    PLAINTIFF
ADC #137787

v.                                    No. 2:09CV00167 JLH/JTR

ARKANSAS DEPARTMENT OF CORRECTION, et al.                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering

these documents and making a *de novo* review of the record in this case, the Court concludes that

the Proposed Findings and Recommended Disposition should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.       Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE,

due to Plaintiff's repeated failures to comply with the Court's Orders.  *See* docket entries #4 and #10.

2.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE